6/26/06: GRANTED ABSENT OPPOSITION. LDA USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 22 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

STEPHEN R. KORLACKI

Plaintiff,

v.

AMERIQUEST MORTGAGE COMPANY,

Defendant.

C.A. No. 1:06-cv-00231-S

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, District Judge
Date: 6/22/06

**ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant Ameriquest Mortgage Company ("Ameriquest") respectfully requests that the Court enlarge the time within which it may answer or otherwise respond to plaintiff's Complaint ("Complaint") up through and including July 10, 2006. As grounds for the motion, Ameriquest states:

1. Defendant Ameriquest was served with the Complaint and summons to respond thereto on May 19, 2005.

2. Plaintiff's counsel agreed to extend the time by which Ameriquest was to answer or otherwise respond to the Complaint.

3. Ameriquest intends to designate this action as a "tag-along" action, which will cause it to become subject to a conditional transfer order ("CTO-1") to the U.S. District Court for the Northern District of Illinois (Hon. Marvin E. Aspen) in the MDL proceeding styled as In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation, MDL-1715.

4. To permit it sufficient time to answer or otherwise respond to the Complaint, Ameriquest seeks to extend the period in which it may do so up to and including