FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

May 12, 2006

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

**Re: Notice of Rescission by Stephen R. Korlacki**
**31 Theresa Street, East Providence, RI 02915**
**Loan Number: 0124572603 Closing Date: 06/23/2005**

To Whom It May Concern:

I represent Stephen R. Korlacki concerning the mortgage loan transaction he entered into with Ameriquest Mortgage Corporation on June 23, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. and Mrs. Korlacki were given incomplete and therefore inaccurate notices of their right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Corporation on the Korlackis' property located at 31 Theresa Street, East Providence, RI 02915 is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Stephen R. Korlacki**
**By his Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

cc: Stephen R. Korlacki