IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN R. KORLACKI<br>Plaintiff, | : | C.A. 06-231 |
| | : | |
| VS. | : | |
| | : | |
| AMERIQUEST MORTGAGE COMPANY<br>Defendant | : | |

**ANSWER OF PLAINTIFF STEPHEN R. KORLACKI TO DEFENDANT'S AMERIQUEST MORTGAGE COMPANY COUNTERCLAIM**

Plaintiff Stephen R. Korlacki ("Plaintiff") by and through his attorney, Christopher M. Lefebvre, hereby answers the Counterclaim filed by the Defendant Ameriquest Mortgage Company ("Defendant"), and state:

1. Plaintiff admits the allegations set forth in paragraphs 1, 2, 3,4, 5, 8 and 9 of the Defendant's Counterclaim.

2. Plaintiff denies the allegations set forth in paragraphs 6 and 10 of the Defendant's Counterclaim.

3. The remainder of the Defendant's Counterclaim is a prayer for relief to which the Plaintiff is not required to respond. To the extent that a further response may be required, Plaintiff prays that the Defendant's Counterclaim be dismissed with prejudice and that the Court enter a judgment in favor on all counts of the Complaint, that Plaintiff be awarded his cost and expenses including attorney's fees, and for such other relief as the Court deems proper.

WHEREFORE, Plaintiff Stephen R. Korlacki prays that the Court dismiss the Defendant's Ameriquest Mortgage Company Counterclaim.

Respectfully submitted,

/s/Christopher M. Lefebvre
Claude Lefebvre Christopher Lefebvre PC
P.O. Box 479

Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
BBO# 4019
Lefeblaw@aol.com

**CERTIFICATION**

I hereby certify that on August 24th, 2006, I electronically filed the Answer of Plaintiff Stephen R. Korlacki to Defendant's Ameriquest Mortgage Company Counterclaim with the District Court of Rhode Island using the CM/ECF System. The following participants have received notice electronically:Steven E. Snow at ses@phs.com and Bruce Allensworth at ballensworth@klng.com ; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, a copy of this document to non CM/ECF participants: none.

Steven E. Snow
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
ses@phs.com

Bruce Allensworth
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
One Lincoln St.
Boston, MA 02111
ballensworth@klng.com

/s/Sarita Sasa